Intercounty Operating Corporation et al., Appellants, v. County of Nassau, Respondent, et al., Defendants.—

No opinion. Hagarty, Carswell, Johnston and Taylor, JJ., concur; Close, P. J., dissents and votes to reverse the order insofar as appealed from and to grant the motion on the ground that the complaint states a cause of action for a declaratory judgment and that plaintiffs are entitled to an injunction *pendente lite*.